**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **In re:**<br><br>**HEALTH DIAGNOSTIC LABORATORY, INC.,** *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 15-32919-KRH<br><br>Jointly Administered |
| **RICHARD ARROWSMITH AS LIQUIDATING TRUSTEE OF THE HDL LIQUIDATING TRUST,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CORAL GABLES EXECUTIVE PHYSICIANS, LLC,** *et al.*,<br><br>**Defendants.** | Adv. Proc. No. 17-03806-KRH |

**CERTIFICATE OF SERVICE**

I, Jennifer T. Langley, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that service of the copies of the Complaint [Docket Item No. 1] together with the Order Approving Amended Procedures Governing Avoidance Action Adversary Proceedings and Summons and Notice in an Adversary Proceeding [Docket Item No. 3] were served on July 6, 2017, as follows:

**Mail Service:** Regular, first class United States mail, postage fully pre-paid and addressed to:

>   NICOLAS J. GUTIERREZ
>   REGISTERED AGENT
>   1528 PALERMO AVENUE
>   CORAL GABLES, FL 33134

---

[1]  The debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434)(the "**Debtors**").

Cullen D. Speckhart (VSB No. 79096)
Jennifer T. Langley (VSB No. 81454)
**WOLCOTT RIVERS GATES**
919 E. Main Street, Ste. 1040, Richmond, Virginia 23219
200 Bendix Road, Ste. 300, Virginia Beach, Virginia 23452
Telephone:  (757) 687-3644
Email: hdl@wolriv.com

*Counsel to Plaintiff Richard Arrowsmith,
Liquidating Trustee of the HDL Liquidating Trust*

      ROBERT THOMAS
      OWNER
      550 BILTMORE WAY, SUITE 101
      CORAL GABLES, FL 33134

      ROBERT THOMAS
      550 BILTMORE WAY, SUITE 101
      CORAL GABLES, FL 33134

      ERIS THOMAS
      550 BILTMORE WAY, SUITE 101
      CORAL GABLES, FL 33134

Under penalty of perjury, I declare that the foregoing is true and correct.

   July 6, 2017                    */s/ Jennifer T. Langley*
    Date                                          Signature

| Print Name: |
| --- |
| Jennifer T. Langley |
| Business Address: |
| 200 Bendix Road, Suite 300, Virginia Beach, VA 23452 |